## *United States District Court for the Northern District of Illinois*

Case Number: 08cv2565         Assigned/Issued By:

Judge Name:                   Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00      ☐ $39.00       ☐ $5.00

              ☐ IFP          ☐ No Fee       ☐ Other _____

              ☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____            Receipt #: _____

Date Payment Rec'd: _____           Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                                  ☐ Alias Summons

☐ Third Party Summons                      ☐ Lis Pendens

☐ Non Wage Garnishment Summons             ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons       _____
                                           _____
☐ Citation to Discover Assets              (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

_____Original and _____ copies on _____ as to _____
                                          (Date)
_____
_____

C:\wpwin80\docket\feeinfo.frm    03/14/05