UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LABORERS' PENSION FUND; ET AL** | COURT DATE: |
| PLAINTIFF(S) | Case No. **08 C 2565** |
| VS. | |
| **MIDWEST BRICKPAVING, INC., JOEL ELFERING, INDIVIDUALLY AND D/B/A MIDWEST BRICKPAVING, INC.** | SERVICE DOCUMENTS: **SUMMONS & COMPLAINT** |
| DEFENDANT(S) | |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **May 13, 2008**, at **12:23 PM**, I served the above described documents upon **MIDWEST BRICKPAVING, INC.** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **JOEL ELFERING / PRESIDENT**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **18557 STATE LINE RD, ANTIOCH, IL 60002.**

**DESCRIPTION:**   Gender: **M**   Race: **WHITE**   Age: **47**   Hgt: **5'10"**   Wgt: **185**   Hair: **BLACK**   Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

_Patrick Richardson_
Patrick Richardson; Lic #: 117-001352
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 14th day of May, 2008

_Patricia M. Brzezicki_
NOTARY PUBLIC

OFFICIAL SEAL
PATRICIA M BRZEZICKI
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:02/15/12

| CLIENT NAME: Laborers Pension and Welfare Funds* FILE #: | ORIGINAL PROOF OF SERVICE | TRACKING # 38485 |
|---|---|---|