UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LABORERS' PENSION FUND; ET AL** | COURT DATE: |
| PLAINTIFF(S) | Case No.<br>**08 C 2565** |
| vs. | |
| **MIDWEST BRICKPAVING, INC., JOEL ELFERING, INDIVIDUALLY<br>AND D/B/A MIDWEST BRICKPAVING, INC.** | SERVICE DOCUMENTS:<br>**SUMMONS & COMPLAINT** |
| DEFENDANT(S) | |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **May 13, 2008**, at **12:23 PM**, I served the above described documents upon **JOEL ELFERING, INDIVIDUALLY AND D/B/A MIDWEST BRICKPAVING, INC.** as shown below:

**PERSONAL SERVICE** was made by leaving a true and correct copy to the within named individual, **JOEL ELFERING.**

Said service was effected at **18557 STATE LINE RD, ANTIOCH, IL 60002.**

**DESCRIPTION:**  Gender: **M**  Race: **WHITE**  Age: **47**  Hgt: **5'10"**  Wgt: **185**  Hair: **BLACK**  Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

*Patrick Richardson*

Patrick Richardson, Lic #: 117-001352
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 14th day of May, 2008

*Patricia M. Brzezicki*
NOTARY PUBLIC

```
OFFICIAL SEAL
PATRICIA M BRZEZICKI
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:02/15/12
```

CLIENT NAME:
Laborers Pension and Welfare Funds*
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
38486