UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Laborers' Pension Fund, et al.
                                    Plaintiff,

v.                                                  Case No.: 1:08−cv−02565
                                                    Honorable Amy J. St. Eve

Midwest Brickpaving, Inc., et al.
                                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 11, 2008:

    MINUTE entry before the Honorable Amy J. St. Eve: Due to a judicial absence, noticed motion date of 6/18/08 for plaintiff's motion for entry of default judgment in sum certain [14] is stricken. Plaintiffs should file and serve an amended notice for presentment on 6/23/08 at 8:30 a.m. during the previously scheduled status hearing. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.