IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds,<br>　　　　　　　　Plaintiffs,<br>　v.<br><br>MIDWEST BRICKPAVING, INC., an involuntarily dissolved Illinois corporation, and JOEL ELFERING individually and d/b/a MIDWEST BRICKPAVING, INC.,<br>　　　　　　　　Defendants. | Case No. 08 C 2565<br><br>Judge St. Eve |

**AMENDED NOTICE OF MOTION ( Previously Filed)**

To:　Midwest Brickpaving, Inc.　　　　Joel Elfering, individually
　　　c/o Joel Elfering, President　　　　18557 State Line Rd.
　　　18557 State Line Rd.　　　　　　　Antioch, IL  60002
　　　Antioch, IL  60002

　　　PLEASE TAKE NOTICE that at *8:30 a.m. on Monday, June 23, 2008*, or as soon thereafter as counsel can be heard, the undersigned will appear before the Honorable Judge Amy J. St. Eve, Room 1241, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present *Plaintiffs' Motion for Entry of Default Judgment in Sum Certain* a copy of which was previously served upon you.

June 12, 2008　　　　　　　　　　　　　　　　　　　　Laborers Pension Fund, et al.


　　　　　　　　　　　　　　　　　　　　　　　　　　　By: /s/ Jerrod Olszewski

Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL  60604
(312) 692-1540

**PROOF OF SERVICE BY MAIL**

　　　The undersigned certifies that on this 12th day of June 2008 he served this notice to the above addressee(s) via U.S. Mail.

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Jerrod Olszewski