IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and ) <br> LABORERS' WELFARE FUND OF THE ) <br> HEALTH AND WELFARE DEPARTMENT ) <br> OF THE CONSTRUCTION AND GENERAL ) <br> LABORERS' DISTRICT COUNCIL OF ) <br> CHICAGO AND VICINITY, and JAMES S. ) <br> JORGENSEN, Administrator of the Funds, ) <br>                        Plaintiffs, ) <br>    v.                        ) <br>                               ) <br> MIDWEST BRICKPAVING, INC., an ) <br> involuntarily dissolved Illinois corporation, and ) <br> JOEL ELFERING individually and d/b/a ) <br> MIDWEST BRICKPAVING, INC., ) <br>                        Defendants. ) | Case No. 08 C 2565 <br><br> Judge St. Eve |

## JUDGMENT ORDER

This matter having come to be heard on the Motion of Plaintiffs Laborers' Pension Fund, Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity, 1and James S. Jorgensen, Administrator of the Funds, (collectively "Funds"), for an Entry of Default Judgment against Defendants Midwest Brickpaving, Inc., an involuntarily dissolved Illinois corporation, and Joel Elfering, individually and d/b/a Midwest Brickpaving, Inc.,

due notice having been given, and the Court being fully advised in the premises,

    IT IS HEREBY ORDERED THAT:

    1.    Default judgment is hereby entered in favor of Funds and against Defendants Midwest Brickpaving, Inc., an involuntarily dissolved Illinois corporation, and Joel Elfering,

individually and d/b/a Midwest Brickpaving, Inc., joint and severally in the amount of $14,882.32 as follows:

      A.    $13,567.72 in liquidated damages for late paid April through September, 2007 benefits reports; and

      B.    $1,314.60 representing attorneys' fees and costs;

2.    Defendants are ordered to obtain a surety bond in accordance with the collective bargaining agreement.

3.    Defendant is to pay post-judgment interest on all amounts set forth herein until they are paid to the Funds.

ENTER:

_____
The Honorable Amy St. Eve
United States District Court Judge

Dated:__June 23, 2008___