IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND, et al.,<br>    Plaintiffs Judgment Creditors,<br>v.<br><br>MIDWEST BRICKPAVING, INC., an<br>Involuntarily dissolved Illinois corporation, and<br>JOEL ELFERING, individually and d/b/a<br>MIDWEST BRICKPAVING, INC.,<br>    Defendants Judgment Debtors,<br>    and,<br><br>AMERICAUNITED BANK and TRUST<br>COMPANY USA,<br>    Third Party Citation Respondent. | Case No. 08 C 2565<br><br>Judge St. Eve |

## NOTICE OF MOTION

To:  Midwest Brickpaving, Inc.          Joel Elfering, individually
     c/o Joel Elfering, President       18557 State Line Rd.
     18557 State Line Rd.               Antioch, IL  60002
     Antioch, IL  60002

American United Bank and Trust Company, USA
c/o Jovana Blagojevic, Operations Associate
321 W. Golf Road
Schaumburg, IL 60196

PLEASE TAKE NOTICE that at *8:30 a.m. on Tuesday, July 22, 2008*, or as soon thereafter as counsel can be heard, the undersigned will appear before the Honorable Judge Amy J. St. Eve, Room 1241, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present *Plaintiffs' Motion for Turnover Order*, a copy of which is herewith served upon you.

July 14, 2008                              Laborers Pension Fund, et al.

                                           By: /s/ Jerrod Olszewski

Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL  60604
(312) 692-1540

## PROOF OF SERVICE BY MAIL

The undersigned certifies that on this 14th day of July 2008 he served this notice to the above addressee(s) via U.S. Mail.

                                           /s/ Jerrod Olszewski